(No. 74-CC-439— )

QUALITY SHEET METALS, INC., Claimant, *vs.* STATE OF ILLINOIS, CAPITAL DEVELOPMENT BOARD, Respondent.

*Opinion filed July 1, 1974.*

JOHN C. FEIRICH ASSOCIATES, CHARTERED, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELDMAN, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-467— )

HAWKINS-WALTERS ELECTRIC, INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF GENERAL SERVICES, Respondent.

*Opinion filed July 1, 1974.*

HAWKINS-WALTERS ELECTRIC, INC., Claimant pro se.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELDMAN, Assistant Attorney General, for Respondent.

PER CURIAM.